**U.S. Department of Justice**

United States Attorneys Office

*Western District of New York*

620 Federal Building                              (585)-263-6760
100 State Street                              (585)-263-6226 (fax)
Rochester, New York 14614

Writer's Extension: 2251
fax: 585/263-6420
e-mail: Tiffany.Lee@usdoj.gov

May 13, 2010

Honorable Marian W. Payson
United States Magistrate Judge
United States Courthouse
100 State Street
Rochester, NY 14614

     Re:  **United States v. Kelly Grice**, 10-MJ-4025

Dear Judge Payson:

     The parties are scheduled for a status appearance next week.
Ms. Grice and Mr. Wood have met with the government already and I
am in the process of drafting a proposed plea resolution.

     I would respectfully request an adjournment of the
Wednesday, May 19 status date for a couple of weeks to allow me
time to forward a proposed plea offer to Mr. Wood, and time for
Mr. Wood and Ms. Grice to consider the offer.  I would further
respectfully request a speedy trial exclusion in the interests of
justice in that it is in the interests of the parties to see if
the matter can be resolved pre-indictment.

     I have spoken with Mr. Wood who has no opposition to the
government's request.

Request granted.  The status conference shall be adjourned
until  6/8/10  , at 9:00 am  At defendant's me government's request,
time shall be excluded in the interests of justice under 18
U.S.C. § 3161(h)(7) between today and the date for the
conference because I find that the defendant's and the
public's interests in a speedy indictment and a speedy trial
are outweighed by the defendant's interest in having
sufficient time to continue plea negotiations with the
government and in securing effective assistance of
counsel.
                     sooner/so
                     Marian W Payson 5/14/10

Respectfully submitted,

WILLIAM J. HOCHUL, Jr.
United States Attorney

TIFFANY H. LEE
Assistant United States Attorney

     cc:  Robert  W. Wood, Esq.