```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-CR-6151 (CJS) |
| -v- | **AMENDED INFORMATION** (Felony) |
| KELLY GRICE, | **Violation:** 18 U.S.C. § 1029(a)(2) |
| Defendant. | 18 U.S.C. § 2 |

### COUNT I

**The United States Attorney Charges:**

That between in or about September 2009 and in or about November 2009, in the Western District of New York, the defendant, KELLY GRICE, did knowingly and with intent to defraud, use one or more unauthorized access devices, to wit, credit card account numbers, obtained with intent to defraud, and by such conduct from in or about September 2009, ending in or about November 2009, obtained in excess of $1,000, said use affecting interstate and foreign commerce.

**All in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.**

DATED:   Rochester, New York, December 20, 2010.

```
                    WILLIAM J. HOCHUL, JR.
                    United States Attorney

                BY: s/John J. Field
                    JOHN J. FIELD
                    Assistant United States Attorney
               FOR: TIFFANY H. LEE
                    Assistant United States Attorney
                    United States Attorney's Office
                    Western District of New York
                    620 Federal Building
                    Rochester, New York  14614
                    (585)263-6760
                    Tiffany.Lee@usdoj.gov
```