IN THE UNITED STATES DISTRICT COURT
<u>FOR THE WESTERN DISTRICT OF NEW YORK</u>
UNITED STATES OF AMERICA,

   v.               10-CR-6151CJS

KELLY GRICE,
      Defendant.

## **<u>STATEMENT OF THE GOVERNMENT WITH RESPECT<br>TO SENTENCING FACTORS</u>**

  **PLEASE TAKE NOTICE,** that the government hereby adopts all findings of the Pre-sentence Report with respect to sentencing factors in this action.

  Should the defendant present any letters of support or sentencing statement to the Court, the United States will move to strike the items from the record if this office is not provided with copies at least three business days prior to sentencing.

  The defendant is required by 18 U.S.C. § 3013 to pay the sum of $100 at the time of sentencing

  Restitution in the amount of $13,270.27 must be ordered by the Court.

  In the event present counsel for the defendant will continue to represent the defendant after sentencing in regard to the

collection of unpaid financial obligations, it is requested that a letter so advising be sent to:

> Asset Forfeiture/Financial Litigation Unit
> U.S. Attorney's Office--WDNY
> 138 Delaware Avenue
> Buffalo, New York 14202

If a letter is not received within 10 days of sentencing, the defendant will be directly contacted regarding collection of the financial obligations.

The government will be filing a motion pursuant to U.S.S.G. § 5K1.1 under separate cover.

DATED:   Rochester, New York, September 20, 2011.

> Respectfully submitted,
> WILLIAM J. HOCHUL, JR.
> United States Attorney
> WESTERN DISTRICT OF NEW YORK
> 100 State Street
> Rochester, New York  14614
> (585)263-6760, ext. 2251
> Tiffany.Lee@usdoj.gov

BY: s/Tiffany H. Lee
TIFFANY H. LEE
Assistant U.S. Attorney

TO: Robert W. Wood, Esq.
United States Probation Department
Attn:  Sarah C. Whitcomb
       U.S. Probation Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

      v.                                          10-CR-6151CJS

KELLY GRICE,
           Defendant.

_____

CERTIFICATE OF SERVICE

    I hereby certify that on September 20, 2011, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participant(s) on this case:

    Robert W. Wood, Esq.

                                                s/Patricia Reis
                                                Patricia Reis