AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of New York

| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   10-CR-6151 |
| KELLY GRICE, | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   KELLY GRICE                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☑ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18:3606 Supervision Violation

Date:   10/1/2014                                                  _Michael J. Roemer_
                                                                   *Issuing officer's signature*

City and state:   Rochester, NY                        Michael J. Roemer, Clerk of Court, USDC
                                                                   *Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* 10/01/14 , and the person was arrested on *(date)* 10/2/14 at *(city and state)* ROCHESTER, New York . | | |
| Date: 10/2/14 | _[signature]_ *Arresting officer's signature* | |
| | IAN WALTON / DEPUTY USM *Printed name and title* | |