IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

                      Plaintiff,

                                                   6:10-CR-06151-001

v.

KELLY GRICE

                      Defendant.
_____

## SATISFACTION OF MONETARY JUDGMENT

The above-named defendant has paid in full and/or satisfied the monetary imposition (special assessment, fine, and/or restitution), imposed against the defendant on September 27, 2011, and entered on September 30, 2011.

The Clerk of the United States District Court for the Western District of New York is hereby authorized and empowered to satisfy and cancel record of the above-referenced judgment.

DATED: Buffalo, New York, May 30, 2017.

                                          JAMES P. KENNEDY, JR.
                                          Acting United States Attorney


BY:    s/KEVIN D. ROBINSON
         Assistant United States Attorney
         United States Attorney's Office
         Western District of New York
         138 Delaware Avenue
         Buffalo, New York 14202
         (716) 843-5804
         Kevin.D.Robinson@usdoj.gov